**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-cr-00172-SKC

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ALEJANDRO TORRES KANTUN,

     Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

### <u>COUNT 1</u>

Between on or about and between April 29, 2024, and May 1, 2024, in the State and District of Colorado, the defendant, ALEJANDRO TORRES KANTUN, knowingly possessed a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

### <u>COUNT 2</u>

Between on or about and between April 29, 2024, and May 1, 2024, in the State and District of Colorado, the defendant, ALEJANDRO TORRES KANTUN, knowingly made a machinegun.

All in violation of Title 26, United States Code, Section 5861(f).

## **FORFEITURE ALLEGATION**

1.    The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense.

3.    If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

      a)    cannot be located upon the exercise of due diligence;
      b)    has been transferred or sold to, or deposited with, a third party;
      c)    has been placed beyond the jurisdiction of the Court;
      d)    has been substantially diminished in value; or
      e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

J. BISHOP GREWELL
Acting United States Attorney

By: *s/ Celeste Rangel*
CELESTE RANGEL
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: celeste.rangel@usdoj.gov
Attorney for Government